UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 24, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GILBERTO GARCIA SANCHEZ,<br><br>    Defendant. | Case No.  2:23-cr-00088-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  GILBERTO GARCIA SANCHEZ , Case No. 2:23-cr-00088-TLN , Charge 21 U.S.C. § 841(a)(1) and 846 , from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

**X**  Bail Posted in the Sum of $  10,000.00

\_\_\_\_\_  Unsecured Appearance Bond $ \_\_\_\_\_

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

**X**  (Other):  Defendant's release is delayed until April 26, 2023 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 24, 2023 at 3:00 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire