Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
GILBERTO GARCIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERTO GARCIA SANCHEZ<br>　　　　　　　　Defendant | CASE NO. CRS 23-00088 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

　　　　It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Matthew De Moura, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Gilberto Garcia Sanchez, that conditions requiring a curfew and location monitoring be deleted. The Second Amended Special Conditions of Release are attached.

　　　　Pretrial Services has no objection to this amendment.

Dated: December 6, 2023　　　　　　　　　　/s/  Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Gilberto Garcia Sanchez

Dated: December 6, 2023　　　　　　　　　　/s/ Matthew De Moura
　　　　　　　　　　　　　　　　　　　　　　MATTHEW DE MOURA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

**IT IS SO ORDERED**:

DATE:  December 7, 2023

_____
Hon. Jeremy D. Peterson
United States Magistrate Judge