CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for GILBERTO GARCIA CARLOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>GILBERTO GARCIA CARLOS, et al.,<br><br>     Defendants. | Case No.: 2:23-cr-088 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 18, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Matthew De Moura, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Gilberto Garcia Carlos, and attorney Dina L. Santos, Counsel for Defendant Gilberto Garcia Sanchez, that the status conference in this matter, currently scheduled for January 18, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on March 28, 2024, at 9:30 a.m. for further status.  Defense counsel require additional time to review records, confer with their respective clients, and conduct additional investigation in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of this stipulation, January 10, 2024, through March 28, 2024, and that

01/10/24

the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: January 10, 2024   /S/   Matthew De Moura
PHILLIP TALBERT
by MATTHEW DE MOURA
Attorney for Plaintiff

DATED: January 10, 2024   /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Gilberto Garcia Carlos

DATED: January 10, 2024   /S/   Dina L. Santos
DINA L. SANTOS
Attorney for Gilberto Garcia Sanchez

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 18, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference and possible change of plea on March 28, 2024, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from January 10, 2024, through March 28, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 10th day of January 2024

_____
Troy L. Nunley
United States District Judge

01/10/24