CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for GILBERTO GARCIA CARLOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GILBERTO GARCIA CARLOS, et al.,<br><br>    Defendants. | Case No.: 2:23-cr-088 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  March 28, 2024<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Matthew De Moura, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Gilberto Garcia Carlos, and attorney Dina L. Santos, Counsel for Defendant Gilberto Garcia Sanchez, that the status conference in this matter, currently scheduled for March 28, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on July 11, 2024, at 9:30 a.m. for further status.  Defense counsel require additional time to review records, confer with their respective clients, and conduct additional investigation in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of this stipulation, March 14, 2024, through July 11, 2024, and that the

03/15/24

ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   March 14, 2024        /S/    Matthew De Moura
                               PHILLIP TALBERT
                               by MATTHEW DE MOURA
                               Attorney for Plaintiff

DATED:   March 14, 2024        /S/    Clemente M. Jiménez
                               CLEMENTE M. JIMÉNEZ
                               Attorney for Gilberto Garcia Carlos

DATED:   March 14, 2024        /S/    Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Gilberto Garcia Sanchez

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 28, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference and possible change of plea on July 11, 2024, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from March 14, 2024, through July 11, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 15th day of March 2024

                               Troy L. Nunley
                               United States District Judge

03/15/24