CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for GILBERTO GARCIA CARLOS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>GILBERTO GARCIA CARLOS, et al.,<br><br>  Defendants. | Case No.: 2:23-cr-088 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   September 26, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Matthew De Moura, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Gilberto Garcia Carlos, and attorney Dina L. Santos, Counsel for Defendant Gilberto Garcia Sanchez, that the status conference in this matter, currently scheduled for September 26, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on December 5, 2024, at 9:30 a.m. for further status.  Defense counsel require additional time to review records, confer with their respective clients, and conduct additional investigation in order to prepare for trial.

  IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of this stipulation, September 20, 2024, through December 5, 2024, and

09/23/24

that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: September 20, 2024  /S/     Matthew De Moura
PHILLIP TALBERT
by MATTHEW DE MOURA
Attorney for Plaintiff

DATED: September 20, 2024  /S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Gilberto Garcia Carlos

DATED: September 20, 2024  /S/     Dina L. Santos
DINA L. SANTOS
Attorney for Gilberto Garcia Sanchez

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 26, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference and possible change of plea on December 5, 2024, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from September 20, 2024, through December 5, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 23rd day of September 2024

Troy L. Nunley
Chief United States District Judge

09/23/24