Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
GILBERTO GARCIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GILBERTO GARCIA SANCHEZ<br>    Defendant | CASE NO. CRS 23-00088 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Matthew De Moura, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Gilberto Garcia Sanchez, that the below conditions be amended to read:

2. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer.

5. You must restrict your travel to the state of California and the state of Arizona unless otherwise approved in advance by the pretrial services officer.

Pretrial Services has no objection to these amendments.

1

Dated: November 22, 2024  /s/  Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Gilberto Garcia Sanchez

Dated: November 22, 2024  /s/ Matthew De Moura
MATTHEW DE MOURA
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

DATE: November 27, 2024

United States Magistrate Judge
Jeremy D. Peterson

2