1 DANICA MAZENKO
CA Bar No. 330710
2 D Mazenko Law
2443 Fair Oaks Boulevard #486
3 Sacramento, CA 95825
Tel (619) 669-5693

4
Attorney for
5 GILBERTO GARCIA CARLOS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GILBERTO GARCIA CARLOS,<br>GILBERTO GARCIA SANCHEZ,<br><br>　　　　Defendants. | Case No.: 23-CR-00088-DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　August 29, 2025<br>Time:　9:30 a.m.<br>Judge:　Hon. Judge Coggins |

## **STIPULATION**

The United States of America through its undersigned counsel, Matthew De Moura, Special Assistant United States Attorney, together with Attorney Dina Santos, counsel for Gilberto Garcia Sanchez, Attorney Danica Mazenko, counsel for Gilberto Garcia Carlos, hereby stipulate the following:

1. The Status Conference was previously set for August 29, 2025. By this stipulation, the parties now move to continue the Status Conference to November 21, 2025 at 9:30 a.m. and to exclude time between August 29, 2025, and November 21, 2025, under the Local Code T-4 (to allow defense counsel time to prepare).
2. Counsel Danica Mazenko was appointed on this case on April 2, 2025.
3. The parties agree and stipulate, and request the Court find the following:

STIPULATION AND ORDER　　　　- 1 -

a. A continuance is requested to continue to allow the Defense to meet with their clients, continue to review discovery, conduct investigation, and discuss a potential resolution. Defendant Garcia Sanchez resides in Arizona and Garcia Carlos is housed at Taft, which is a substantial distance from Sacramento. Both Counsel require time to meet with their respective client.

b. Due to the Court funding shortfall rendering CJA attorneys and providers without compensation between June and October 2025, counsel for defendants desire additional time to permit their investigators to accrue costs closer to the date upon which they may receive compensation (CJA providers will not be compensated until after October 1, 2025).[1]

c. Due to the Court funding shortfall rendering CJA attorneys and providers without compensation between June and October 2025, it would impose undue burden to require the attorneys to cover the costs of expenses related to traveling to the defendants' remote locations without reimbursement until after October 1, 2025.

d. Counsel for the Defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The Government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 29, 205, and November 21, 2025, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and

---

[1] *See,* https://www.fd.org/news/funding-crisis-leaves-defense-lawyers-working-without-pay

(B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  August 14, 2025

ERIC GRANT
United States Attorney

 */s/ Matthew De Moura*
MATTHEW DE MOURA
Special Assistant U.S. Attorney

DATE:  August 14, 2025

 */s/ Dina Santos*
DINA SANTOS
Attorney for Gilberto Garcia Sanchez

DATE:  August 14, 2025

 */s/ Danica Mazenko*
DANICA MAZENKO
Attorney for Gilberto Garcia Carlos

//
//
//
//
//
//

# ORDER

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 29, 2025, at 9:30 a.m. is VACATED and RESET for November 21, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between August 29, 2025 and November 21, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

Dena Coggins
United States District Judge