1  DINA L. SANTOS, SBN 204200
2  Dina L. Santos, A Professional Law Corp.
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   Telephone: (916) 447-0160
4
5  Attorney for
   GILBERTO GARCIA SANCHEZ
6
7              UNITED STATES DISTRICT COURT
8        FOR THE EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,        )  Case No.: 23-CR-0088 DC
10                                   )
              Plaintiff,             )  STIPULATION AND ORDER TO
11                                   )  CONTINUE STATUS CONFERENCE
       vs.                          )
12                                   )  Date:   February 20, 2026
   GILBERTO GARCIA CARLOS,          )  Time:   9:00 a.m.
13 GILBERTO GARCIA SANCHEZ,         )  Judge:  Hon. Coggins
                                    )
14            Defendants.           )
                                    )
15 _____)
16
17
18                    **STIPULATION**
19      The United States of America through its undersigned counsel, Matthew De

20 Moura, Special Assistant United States Attorney, together with Attorney Dina Santos,

21 counsel for Gilberto Garcia Sanchez, Attorney Danica Mazenko, counsel for Gilberto

22 Garcia Carlos, hereby stipulate the following:

23    1. The Status Conference was previously set for November 21, 2025.  By this

24       stipulation, the parties now move to continue the Status Conference to February

25       20, 2026, at 9:00 a.m. and to exclude time between November 21, 2025, and

26       February 20, 2026, under the Local Code T-4 (to allow defense counsel time to

27       prepare).

28    2.  The parties agree and stipulate, and request the Court find the following:

                    STIPULATION AND ORDER        - 1 -

a.  A continuance is requested to continue to allow the Defense to meet with the Client, review recently produced discovery, conduct investigation, and discuss a potential resolution.  Defendant Garcia Sanchez resides in Arizona and Counsel requires time to meet with client.  Defendant Garcia Carlos is housed in a facility in Taft, California.  Due to the shutdown, resources have not been available for travel and necessary investigation and mitigation work.

b.  Counsel for the Defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.  The Government does not object to the continuance.

d.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 21, 2025, and February 20, 2026, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

/

1    **IT IS SO STIPULATED.**

2

3    DATED:  November 12, 2025              Eric Grant
                                            United States Attorney
4
                                             /s/ Matthew De Moura
5                                           MATTHEW DE MOURA
                                            Special Assistant U.S. Attorney
6
      DATE:  November 12, 2025
7                                            /s/ Dina Santos
                                            DINA SANTOS
8                                           Attorney for Gilberto Garcia Sanchez

9     DATE:  November 12, 2025
                                             /s/ Danica Mazenko
10                                          DANICA MAZENKO
                                            Attorney for Gilberto Garcia Carlos
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

The court, having received, read and considered the parties' stipulation filed on November 13, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 21, 2025, is VACATED and RESET for February 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 21, 2025 and February 20, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

Dena Coggins
United States District Judge