DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney for
GILBERTO GARCIA CARLOS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GILBERTO GARCIA CARLOS,
GILBERTO GARCIA SANCHEZ,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 23-CR-0088

STIPULATION AND ORDER TO
CONTINUE STATUS CONFERENCE

Date:      February 20, 2026
Time:      9:30 a.m.
Judge:    Hon. Judge Coggins

**STIPULATION**

The United States of America through its undersigned counsel, Matthew De Moura, Special Assistant United States Attorney, together with Attorney Dina Santos, counsel for Gilberto Garcia Sanchez, and Attorney Danica Mazenko, counsel for Gilberto Garcia Carlos, hereby stipulate the following:

1. The Status Conference was previously set for February 20, 2026.  By this stipulation, the parties now move to continue the Status Conference to May 1, 2026 at 9:30 a.m. and to exclude time between February 20, 2026, and May 1, 2026, under the Local Code T-4 (to allow defense counsel time to prepare).

2. Counsel Danica Mazenko was appointed on this case on April 2, 2025. From June 2025 through November 2025, appointed CJA counsel had no funding for appointed cases,

STIPULATION AND ORDER          - 1 -

creating an additional delay in counsels' preparation time while they were without compensated investigators. [1]

3.  The parties agree and stipulate, and request the Court find the following:

a.  A continuance is requested to continue to allow the Defense to meet with their clients, continue to review discovery, conduct investigation, and discuss a potential resolution. Defendant Garcia Sanchez resides in Arizona and Garcia Carlos is housed at Taft, which is a substantial distance from Sacramento.  Both Counsel require time to meet with their respective clients.

b.  Counsel for the Defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.  The Government does not object to the continuance.

d.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 20, 2026, and May 1, 2026, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at Defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

---

[1] *See,* https://www.fd.org/news/funding-crisis-leaves-defense-lawyers-working-without-pay

STIPULATION AND ORDER            - 2 -

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  February 6, 2026                    ERIC GRANT
                                            United States Attorney

                                             /s/ Matthew De Moura
                                            MATTHEW DE MOURA
                                            Special Assistant U.S. Attorney

DATE:  February 6, 2026

                                             /s/ Dina Santos
                                            DINA SANTOS
                                            Attorney for Gilberto Garcia Sanchez

DATE:  February 6, 2026

                                             /s/ Danica Mazenko
                                            DANICA MAZENKO
                                            Attorney for Gilberto Garcia Carlos

# ORDER

IT IS HEREBY ORDERED as to Defendants Gilberto Garcia Carlos and Gilberto Garcia Sanchez, the court, having received, read and considered the parties' stipulation filed on February 6, 2026 (Doc. No. 63), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for February 20, 2026, is VACATED and RESET for May 1, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 20, 2026 and May 1, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **February 9, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER                - 4 -